IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL WIGGINS | ) | Case No. 20−34740−KLP |
| BERYL MUHAMMAD WIGGINS | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |

**AMENDED NOTICE OF MOTION TO**
**EXTEND THE AUTOMATIC STAY AND HEARING**

The above-named Debtors, by counsel, have filed a Motion to Extend the Automatic Stay with the Court pursuant to 11 U.S.C. § 362(c)(3)(B). <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one.

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD ON December 22, 2020 at 10:00 a.m. in the Honorable Keith L. Phillips' Courtroom, U.S. Bankruptcy Court, 701 E. Broad Street, Room 5100, Richmond, VA 23219.**

If you want to be heard on this matter, then no later than three (3) days before the date of the hearing, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street, Room 4000
> Richmond, VA 23219-3515

2. You must also mail a copy to:

> James E. Kane, Esquire
> Kane & Papa, PC
> P.O. Box 508
> Richmond, VA  23218

James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtors*

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

                                      Respectfully submitted,

                                      MICHAEL WIGGINS
                                    BERYL MUHAMMAD WIGGINS

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
Counsel for Debtors

## CERTIFICATE OF SERVICE

      I certify that on December 10, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtors, Chapter 7 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest of the mailing matrix attached hereto.

                                      /s/ James E. Kane
                                      Counsel for Debtors

```
AES/HEAA
Attn: Bankruptcy
1200 N. 7th Street
Harrisburg, PA 17102


Bridgecrest Credit
7300 E Hampton Ave
Suite 101
Mesa, AZ 85209


Chaplin & Gonet - Mr & Ms King
5211 West Broad Street
Suite 100
Richmond, VA 23230


City of Petersburg
Treasurer's Office
P.O. Box 1271
Petersburg, VA 23804


City of Petersburg Utilities
P.O. Box 1271
Petersburg, VA 23804


Comcast Communications Llc
c/o Waypoint Resource Group
Po Box 1081
San Antonio, TX 78294


Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034


Direct TV
PO Box 11732
Newark, NJ 07101


Dominion Energy
P O Box 26543
Colonial Heights, VA 23834


Elephant Auto Insurance
c/o Receivable Management Inc
7206 Hull Rd Ste 211
Richmond, VA 23235
```

```
Patient First
c/o Receivable Management Inc
7206 Hull Rd Ste 211
Richmond, VA 23235


Petersburg Hospital Company LL
Southside Reg Med Ctr
324 S Main St
Emporia, VA 23847


Russel Taylor
14110 Kendal Wood Drive
Upper Marlboro, MD 20772


Shippers Choice of VA
c/o Purnell McKennett
9214 Center St, STE 101
Manassas, VA 20110


Southside Regional Medical
c/o Newsome Law Office
324 S Main St
Emporia, VA 23847


TACS
P O Box 31800
Henrico, VA 23294


Trexis One Insurance
c/o I C System Inc
P.O. Box 64378
St. Paul, MN 55164


Virginia Farm Bureau Fire & Ca
c/o Chaplin & Gonet
4808 Radford Ave.
Richmond, VA 23230
```