## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL WIGGINS | ) | Case No. 20−34740−KLP |
| BERYL MUHAMMAD WIGGINS | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |

### MOTION TO EXPEDITE HEARING ON MOTION
### TO EXTEND STAY AND TO SHORTEN NOTICE PERIOD

COME NOW the Debtors, by counsel, and move this Court to Expedite the Hearing on the Motion to Extend the Automatic Stay and to Shorten Notice Period, and in support thereof state as follows:

1.       On December 2, 2020 (hereinafter the "Petition Date"), the Debtors filed a petition for relief under Chapter 7 of the Bankruptcy Code (the "instant case").

2.       Within the year prior to filing the instant case, Debtors have been debtors in one (1) pending Chapter 13 bankruptcy case (the "previous case"). The previous case was a Chapter 13 bankruptcy case filed on August 3, 2018 and dismissed on or about April 15, 2020 (Case No. 18-33969) (the "previous case").  In addition, Mr. Wiggins has been a debtor in a Chapter 7 case filed on October 31, 2011 wherein he received a discharge on February 8, 2012 (Case No. 11-36912).

1

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtors*

3.      Pursuant to 11 U.S.C. § 362, the hearing on the Debtors' Motion to Extend the Automatic Stay ("Motion") must be heard within thirty (30) days of the filing of the petition.

4.      The Court does not have any available hearing dates to allow the required fourteen (14) days' notice of the hearing on the Motion.

WHEREFORE, the Debtors respectfully request that the Court expedite the hearing on the Motion to Extend the Automatic Stay, Shorten the Notice Period required for said Motion, and grant it such other and further relief as is just and proper.

Respectfully submitted,

MICHAEL WIGGINS
BERYL MUHAMMAD WIGGINS
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtors*

## CERTIFICATION

I, James E. Kane, pursuant to Local Rule 9013-1(N), do hereby certify that:

1.      I have carefully examined the matter and concluded that there is a true need for an emergency hearing,

2.      I have not created the emergency through any lack of due diligence.

3.      I have made a *bona fide* effort to resolve the matter without hearing.

By:    /s/ James E. Kane
James E. Kane

## CERTIFICATE OF SERVICE

I certify that on December 10, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 7 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest of the mailing matrix attached hereto.

/s/ James E. Kane
Counsel for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL WIGGINS | ) | Case No. 20−34740−KLP |
| BERYL MUHAMMAD WIGGINS | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |

## NOTICE OF MOTION AND HEARING

The above Debtors have filed a Motion for an Expedited Hearing on the Motion to Extend the Automatic Stay and to Shorten the Notice Period in the above matter.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street
> Richmond, VA  23219

You must also mail a copy to:

> James E. Kane, Esquire
> Kane & Papa, P.C.
> 1313 East Cary Street
> Richmond, Virginia 23219

4

- Attend a hearing on **December 22, 2020 at 10:00 a.m. in the Honorable Keith L. Phillips' Courtroom, U.S. Bankruptcy Court, 701 E. Broad Street, Room 5100, Richmond, VA 23219**<u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.</u>

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Respectfully submitted,

MICHAEL WIGGINS
BERYL MUHAMMAD WIGGINS
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I certify that on December 10, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest of the mailing matrix attached hereto.

/s/ James E. Kane
Counsel for Debtors

AES/HEAA
Attn: Bankruptcy
1200 N. 7th Street
Harrisburg, PA 17102

Bridgecrest Credit
7300 E Hampton Ave
Suite 101
Mesa, AZ 85209

Chaplin & Gonet - Mr & Ms King
5211 West Broad Street
Suite 100
Richmond, VA 23230

City of Petersburg
Treasurer's Office
P.O. Box 1271
Petersburg, VA 23804

City of Petersburg Utilities
P.O. Box 1271
Petersburg, VA 23804

Comcast Communications Llc
c/o Waypoint Resource Group
Po Box 1081
San Antonio, TX 78294

Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034

Direct TV
PO Box 11732
Newark, NJ 07101

Dominion Energy
P O Box 26543
Colonial Heights, VA 23834

Elephant Auto Insurance
c/o Receivable Management Inc
7206 Hull Rd Ste 211
Richmond, VA 23235

```
Patient First
c/o Receivable Management Inc
7206 Hull Rd Ste 211
Richmond, VA 23235


Petersburg Hospital Company LL
Southside Reg Med Ctr
324 S Main St
Emporia, VA 23847


Russel Taylor
14110 Kendal Wood Drive
Upper Marlboro, MD 20772


Shippers Choice of VA
c/o Purnell McKennett
9214 Center St, STE 101
Manassas, VA 20110


Southside Regional Medical
c/o Newsome Law Office
324 S Main St
Emporia, VA 23847


TACS
P O Box 31800
Henrico, VA 23294


Trexis One Insurance
c/o I C System Inc
P.O. Box 64378
St. Paul, MN 55164


Virginia Farm Bureau Fire & Ca
c/o Chaplin & Gonet
4808 Radford Ave.
Richmond, VA 23230
```